IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY, LOCKHART WEBB, and ELLA KROMM, individually and on behalf of all others similarly situated; GABRIELA ADLER-ESPINO; and THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALAN HIRSCH, JEFF CARMON, STACY "FOUR" EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections; and KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections,<br><br>*Defendants.* | Case No. 5:25-cv-00193-M<br><br>**LIST OF EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION** |

## EXHIBIT LIST

| | |
|---|---|
| Declaration of Plaintiff Carrie Conley | Ex. 1 |
| Declaration of Plaintiff Lockhart Webb | Ex. 2 |
| Declaration of Plaintiff Ella Kromm | Ex. 3 |
| Declaration of Jennifer Rubin, League of Women Voters of NC | Ex. 4 |
| Declaration of Alana Pierce, League of Women Voters of NC | Ex. 5 |
| Expert Report of Christopher A. Cooper, PhD | Ex. 6 |
| Declaration of Hayden Johnson, Esq. | Ex. 7 |
| Declaration of Plaintiff Gabriela Adler-Espino | Ex. 8 |