# EXHIBIT 3

Docusign Envelope ID: 7AAB0E44-7024-4F12-862D-0ABF949C9567

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, et al.<br><br>Defendants. | No. 5:25-cv-00193 |

## **DECLARATION OF ELLA KROMM**

I, Ella Kromm, hereby declare that the following is true and correct, is within my personal knowledge, and if called as a witness I am competent to testify thereto.

1. I was born in 2001 in Chapel Hill, North Carolina and spent my entire childhood living in Durham, North Carolina.

2. I am a registered North Carolina voter, a United States citizen, over the age of eighteen, and have never been convicted of a felony.

3. My parents work in social justice organizations, and voting has always been very important to my family.

4. I registered to vote in Durham County upon turning 18.

5. My Durham County address remains my permanent place of residence and last domicile.

6. In 2020, I enrolled as a student at Wellesley College in Wellesley, Massachusetts. I graduated from Wellesley in May 2024. Throughout my college years, I voted by absentee ballot in my home state of North Carolina.

Docusign Envelope ID: 7AAB0E44-7024-4F12-862D-0ABF949C9567

7. In September of 2024, I traveled to Seville, Spain, where I am currently teaching English on a one-year contract at an elementary school. I will return home to Durham this summer, but may renew my teaching contract for another year and, if so, will then return to Spain when the school year begins in September.

8. For the 2024 general election, I requested my overseas ballot by submitting a Federal Post Card Application. Then I voted using the online portal maintained by the North Carolina State Board of Elections.

9. To use the online system for overseas voting, I had to register and receive a special username and login in order to cast that ballot. I carefully followed all of the instructions provided to me for voting on that online portal, and took all the steps that were needed to cast my ballot.

10. After I cast my ballot, I received an email from the Durham County Board of Elections confirming it was valid and would be counted.

11. Neither the instructions to request my overseas ballot nor the instructions to submit my ballot via the online portal directed or prompted me to provide a photocopy of my photo identification.

12. The online portal that I used to vote from overseas, as far as I am aware, did not provide any means for submitting a photocopy of my photo identification along with my ballot.

13. As a young adult, a woman, and a member of the LGBTQ+ community, I knew that the 2024 election would be consequential regarding my rights, my freedom, and my future. I carefully researched the candidates and cast my ballot for the candidates whom I believed would best reflect my values. I cast a ballot in the race for Associate Justice Seat Six on the North Carolina Supreme Court.

Docusign Envelope ID: 7AAB0E44-7024-4F12-862D-0ABF949C9567

14. I am extremely frustrated that I invested my time and energy in being an informed citizen of the State of North Carolina and the United States of America, and now someone wants to discard my ballot.

15. It is very important to me that my lawful ballot be counted in the North Carolina Supreme Court Seat Six election. I am deeply upset that I am being required to clear additional hurdles in order for my vote in that race to count. I feel like I am being singled out to make it harder for me to vote for no valid reason, even though I have followed all the directions I have been given by election officials and relied on those instructions to cast my vote.

16. It is upsetting that someone is making my vote not count. I am trying to make the most of my experience as a young adult living and working abroad, and it is a burden that I now have to be guarded to make sure that my vote will count in this election.

17. It is not fair that I have to go through several additional steps, created months after the election is over, that other voters in my position have not had to do.

18. I am now distrustful that my vote will be counted even if I do my best to follow the directions of any hastily organized "cure" process.

19. I have received no communication from the Durham County Board of Elections, the North Carolina State Board of Elections, Jefferson Griffin, or the North Carolina Republican Party about Griffin's challenge to my ballot.

20. I received no notice in the mail or any other way that a candidate was protesting my vote.

21. It is also unfair to throw out my vote for not having submitted a copy of my photo ID, when the process established by election officials for voting overseas did not provide me any opportunity to submit a copy of my photo ID, let alone notice that I should do so.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of April, 2025, in Seville, Spain.

_____
Ella Kromm

Docusign Envelope ID: 7AAB0E44-7024-4F12-862D-0ABF949C9567