# EXHIBIT 8

Docusign Envelope ID: BA5C582A-AF3C-40A5-9F70-D537DFC2E897

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, et al.<br><br>Defendants. | No. 5:25-cv-00193 |

### DECLARATION OF GABRIELA ADLER-ESPINO

I, Gabriela Adler-Espino, hereby declare that the following is true and correct, is within my personal knowledge, and if called as a witness I am competent to testify thereto.

1. I am a registered North Carolina voter, a United States citizen, over the age of eighteen, and have never been convicted of a felony.

2. I voted in the November 2024 North Carolina general election, including the race for Seat Six on the North Carolina Supreme Court, as a legal resident of Craven County.

3. I am an employee of the U.S. Air Force and, because I currently live in Japan, I voted using North Carolina's online portal for overseas voters.

4. My family has a long history of service in the U.S. military, which I have summarized below.

5. I was born in Fajardo, Puerto Rico. My father joined the U.S. Coast Guard when I was 12. He was first stationed in Florida, then Puerto Rico, and now North Carolina. It was around 2015 that I registered to vote for the first time while we lived in Florida, before we moved back to Puerto Rico in 2018.

6. I moved with my family to Pasquotank County, North Carolina in 2021.

7. I met my husband while living in Pasquotank County. After we married, we moved to New Bern, North Carolina.

8. I registered to vote for the first time in North Carolina in June 2024, at the Department of Motor Vehicles office in New Bern, NC, which is in Craven County, using the form provided to me by DMV workers.

9. I recall that when I registered to vote at the DMV, I provided various documents and information, including my passport, social security number, and marriage certificate. I registered at the same time that I was applying for a driver's license, and when the DMV employees asked if I wanted to also register to vote, I said that I did.

10. Like my father, my husband is also in the armed services. He is currently active duty in the Navy, stationed in Okinawa, Japan. I moved to Japan with him in July 2024, and that is where I live today.

11. I am currently employed by the U.S. Air Force as an after-school STEM teacher with the Child and Youth Development Program, in Japan.

12. Exercising my right to vote is important to me because I believe in democracy and fighting for human rights. I cannot in good conscience claim to fight for other people's rights and let my own get taken away.

13. In the 2024 general election, I voted by submitting a Federal Post Card Application, then using the online portal available to servicemembers and their families living abroad.

Docusign Envelope ID: BA5C582A-AF3C-40A5-9F70-D537DFC2E897

14. I am someone who cares about details and filling forms out properly (for example, I had previously studied for a paralegal certificate in Florida because I think I have good attention to detail).

15. In order to use the online system for overseas voting, I had to register and receive a special username and login in order to cast that ballot. I carefully followed all of the instructions provided to me for voting on that online portal, and took all the steps that were needed to cast my ballot. As far as I am aware, the system confirmed that I followed the rules and properly cast my ballot.

16. Neither the instructions to request my overseas ballot nor the instructions to submit my ballot via the online portal directed or prompted me to provide a photocopy of my photo identification.

17. The online portal that I used to vote from overseas, as far as I am aware, did not provide any means for submitting a photocopy of my photo identification along with my ballot.

18. I first learned about Judge Jefferson Griffin's election protests at some point after the election from my 60-year-old best friend.

19. I have seen no correspondence from Griffin or anyone else alerting me to any challenge to my eligibility to vote and I know that I did not receive a mailing.

20. I understand now that, on April 11, 2025, the North Carolina Supreme Court issued an order that could presumptively invalidate ballots from voters who used the overseas online portal as I did, five months after the ballots were cast, requiring voters to submit additional verification of photo identification in order for their votes to count.

Docusign Envelope ID: BA5C582A-AF3C-40A5-9F70-D537DFC2E897

21. It is very important to me that my lawful ballot be counted in the North Carolina Supreme Court Seat Six election. I am deeply upset that I am being required to clear additional hurdles in order for my vote in that race to count.

22. I feel like I am being singled out to make it harder for me to vote for no valid reason, even though I have followed all the directions I have been given by election officials.

23. I am now distrustful that my vote will be counted even if I do my best to follow the directions of any hastily organized "cure" process.

24. I have received no communication from the Craven County Board of Elections, the North Carolina State Board of Elections, Jefferson Griffin, or the North Carolina Republican Party about Griffin's challenge to my ballot.

25. Judge Griffin's attempt to invalidate my vote is extremely upsetting to me. He has no right to target groups of people to throw out their votes because he cannot accept that he lost an election.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of April in Okinawa, Japan.

Signed by:

Gabriela Adler-Espino