IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY, LOCKHART WEBB, and ELLA KROMM, individually and on behalf of all others similarly situated; GABRIELA ADLER-ESPINO; and THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALAN HIRSCH, JEFF CARMON, STACY "FOUR" EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections; and KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections,<br><br>*Defendants.* | Case No. 5:25-cv-00193-M<br><br>**[PROPOSED] ORDER** |

It is hereby ORDERED that Plaintiffs' Motion for a Temporary Restraining Order is GRANTED. The Order of April 12, 2025, in *Griffin v. North Carolina State Board of Elections*, 5:24-cv-00731-M, requiring the NCSBE to begin the "verification" process pursuant to the North Carolina Court of Appeals decision, as modified by the North Carolina Supreme Court in its April 11 Order, is hereby rescinded.

Defendants and their agents are hereby enjoined from (1) retroactively applying the post-election changes in election procedures to the 2024 Seat Six election to presumptively invalidate, discard, encumber, or otherwise not count the votes cast by Plaintiffs and all other members of the proposed Class in that election; (2) requiring Plaintiffs and all other members of the proposed

Class to provide additional "verification" that their votes were lawful in order for those votes to be counted in the 2024 Seat Six election, and issue related declaratory relief; and (3) certifying Jefferson Griffin as the winner of the 2024 Seat Six election. No security shall be required for the foregoing relief to issue.

Briefing on Plaintiffs' Motion for a Preliminary Injunction shall proceed as follows:

- Defendants' response to Plaintiffs' Motion shall be filed no later than: _____, 2025, at _____.
- Plaintiffs' reply in support of their Motion shall be filed no later than: _____, 2025, at _____.
- The Motion shall be heard by this Court on _____, 2025, at _____, in Courtroom ____, located at Alton Lennon Federal Building and Courthouse, 2 Princess Street, Wilmington, NC 28401.

This Order shall remain in effect until such time as the parties have briefed and the Court decides Plaintiffs' Motion for a Preliminary Injunction.

SO ORDERED. This _____ day of _____, 2025.

_____
HON. RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE