# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| CARRIE CONLEY, ET AL. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:25-cv-00193 |
| ALAN HIRSCH, ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

A. Hirsch, J. Carmon, S. Eggers IV, K. Lewis and S. Millen, in their official capacities as NC State Board of Election Members; and K. Brinson Bell, in her official capacity as Executive Director of NC State Board.

Date: 04/14/2025

/s/ Terence Steed
*Attorney's signature*

Terence Steed
*Printed name and bar number*

North Carolina Dept. of Justice
Post Office Box 629
Raleigh, N.C. 27602
*Address*

tsteed@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*